**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Gonzalo Sosa v. Julio Garza

Appellate case number:   01-13-01033-CV

Trial court case number:  1036389

Trial court:                       County Civil Court at Law No. 1 of Harris County

Appellant has filed a motion for rehearing and his appellant's brief in this appeal.  The Court requests a response to the motion for rehearing from appellee.  Rule 9.2(b) of the Texas Rules of Appellate Procedure, the "mailbox rule," is suspended for the filing of the response. The response must be filed no later than **5:00 p.m., 10 days from the date of this order**.  *See* TEX. R. APP. P. 2, 9.2(b), 49.2.

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
                  ☒ Acting individually      ☐ Acting for the Court


Date:  May 29, 2014